**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| LAUREN MOSHI, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ALDEE'S SPORTSWEAR, INC; BOLUFE FASHIONS, INC. dba Bolufe Leatherware; CALIFORNIA SUNSHINE SHOPS, INC.; CLUB 21; CONQUEST VENTURES, LLC, dba Apricot Lane; COTTON COTTAGE; D.B.A. DIANE'S INCORPORATED; E STREET DENIM CO. OF HIGHLAND PARK, INC.' ES PLAYHOUSE, INC.; GIRL TRENDS, INC.; IT'S THE RITZ, INC. dba Caruso-Caruso; JJ LAZ, INC.; KITCHENS AND BATHS, INC. dba Kai Sra; LAVISH INC.; LESTER'S GREENVALE, LLC; LNI CORP.; LOLA'S BOUTIQUE; LORD & TAYLOR, INC.; LUXURY APPAREL GROUP, INC. dba Couture Candy; M. FREDERIC & CO.; NEXT; NEXT (CLEVELAND); NO EXCESS, INC.; OCEAN DRIVE, INC. dba Vintage Havana Clothing Company; PAN AMERICAN SPORTSWEAR; POM LLC; RAGG TATTOO, INC.; | Case No. CV 13-02990 JAK<br><br>ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE<br><br>JS-6 |

[Caption Continued on Next Page]

ROBERT FOX, INC. dba Fox's; RUNWAY CLOTHING, INC.; SALT WATER; SANDY'S CORNER SPORTSWEAR, INC.; SAS HUNTINGTON, LLC dba Clothes Horse; SANDY CONVISER, LTD. dba

450050.1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10 | Camp Headquarters; S.D.G. Boutique, Inc. dba To Di For; STACEY'S PANTS, INC. dba Bonnie's Jeans, Inc.; STUDIO 1220, INC.; SUPER SWEATS INC. dba Gotham City Clothing; SURF EXPO, INC. dba King/Sur Expo; THE BEACH SHACK, INC.; THE PAINTED BUTTERFLY, LLC; THE SHIBELL GROUP, LLC dba Molly & Zoey; TK REFLECTIONS; UNDERCOVER FASHIONS, INC.; URBAN CLUB CLOTHING CO.; USA COUTURE CORP. dba Divine Boutique; ZECTAR, INC. dba Zoey's; and DOES 1 through 10, inclusive,<br><br>                    Defendants.<br>_____ |
| 11<br>12<br>13<br>14<br>15<br>16<br>17 | OAK APPAREL, INC., a California corporation doing business as POM,<br><br>                    Cross-Claimant,<br><br>   vs.<br><br>OCEAN DRIVE, INC., a New Jersey corporation; and ROES 1 through 5, inclusive,<br><br>                    Cross-Defendants. |

Pursuant to stipulation of the parties to this action that the complaint of plaintiff Lauren Moshi, LLC, a California limited liability company, be dismissed in its entirety with prejudice and cross-claims shall be dismissed in all their entirety with prejudice with each party to bear its own attorney's fees and costs.  This order shall dispose of the balance of the case in its entirety.

   IT IS SO ORDERED

DATED: September 23, 2013      _____
                                JOHN A. KRONSTADT
                                United States District Judge